FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0603

# SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0603

NORVAL ELECTRIC COOPERATIVE INC.,

Appellant/Cross-Appellee

v.

SHALAINE LAWSON,

Appellee/Cross-Appellant

_____

## ORDER ON APPELLEE AND CROSS-APPELLANT'S
## UNOPPOSED MOTION FOR CONFIRMATION OF DUE DATE

_____

Upon consideration of Appellee/Cross-Appellant's unopposed motion for confirmation of the due date for her combined response and cross-appeal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the due date for the Appellee/Cross-Appellant's response and cross-appeal brief is June 6, 2022.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 9 2022